UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DONALD STOWELL,

                Plaintiff,

-vs-                                                6:02-CV-0665

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---

**Thomas J. McAvoy,**
**United States District Judge**

### DECISION and ORDER

      This matter was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the August 25, 2005 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

      It is therefore **ORDERED** that the matter is REMANDED to the Commissioner in accordance with the Report-Recommendation.

**IT IS SO ORDERED.**

Dated: September 28, 2005

                                                    Thomas J. McAvoy
                                                    Senior, U.S. District Judge